**Order filed June 3, 2014.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00364-CV

_____

**RHONDA LOZANO, Appellant**

**V.**

**PAMELA BROOKS, Appellee**

---

**On Appeal from the County Civil Court at Law No. 4**
**Harris County, Texas**
**Trial Court Cause No. 1044289**

---

## ORDER

This is an appeal from a final judgment signed April 28, 2014, in a forcible detainer action. Appellant Rhonda Lozano filed her notice of appeal on May 8, 2014. On May 12, 2014, the Harris County Clerk filed a contest to appellant's affidavit of indigence. *See* Tex. R. App. P. 20.1(e). After a hearing, on May 14, 2014, the trial court signed an order sustaining the contest and ordering appellant to pay all costs of the appeal. On May 16, 2014, the Harris County Clerk filed a partial clerk's record containing the documents concerning appellant's indigency

claim.

The deadline has passed for appellant to seek review of the trial court's ruling. *See* Tex. R. App. P. 20.1(j). Accordingly, we issue the following order:

Appellant is directed to pay or make arrangements to pay for the complete clerk's record in this appeal. *See* Tex. R. App. P. 20.1(n)(2). Unless appellant provides this court with proof of payment for the complete record within fifteen days of the date of this order, we will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 37.3(b).

In addition, the appellate filing fee of $195.00 has not been paid. Appellant is ordered to pay the filing fee in the amount of $195.00 to the clerk of this court within fifteen days of the date of this order. *See* Tex. R. App. P. 5; 20.1(n)(1). If appellant fails to timely pay the filing fee in accordance with this order, the appeal will be dismissed. *See* Tex. R. App. P. 42.3(c).


PER CURIAM


Panel consists of Chief Justice Frost and Justices Donovan and Brown.